DEEM v. TREADAWAY & SONS PAINTING & WALLCOVERING, INC.

No. 180P01

Case below: 142 N.C. App. 472

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 4 October 2001.

DEWITT v. EVEREADY BATTERY CO.

No. 329A01

Case below: 144 N.C. App. 143

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 22 August 2001.

DOLLEY v. PRICE

No. 255A01

Case below: 143 N.C. App. 347

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 4 October 2001.

FOX v. HEALTH FORCE, INC.

No. 325P01

Case below: 143 N.C. App. 501

Petition by defendants (Healthforce, Inc., and Green) for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 4 October 2001.

GARRISON EX REL. BURTIS v. MEDVESKY

No. 404A01

Case below: 144 N.C. App. 448

Notice of appeal by defendant pursuant to G.S. 7A-30 (substantial constitutional question) dismissed ex mero motu 4 October 2001.